# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-1051**                      **September Term, 2024**

FCC-89FR101358
FCC-24-89

Filed On: February 7, 2025 [2099469]

Competitive Carriers Association,

      Petitioner

    v.

Federal Communications Commission and
United States of America,

      Respondents

## O R D E R

The petition for review in this case was filed and docketed on February 6, 2025, and assigned the above number. It is, on the court's own motion,

**ORDERED** that petitioner submit the documents listed below by the dates indicated.

| Document | Date |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | March 10, 2025 |
| Docketing Statement Form | March 10, 2025 |
| Procedural Motions, if any | March 10, 2025 |
| Statement of Intent to Utilize Deferred Joint Appendix | March 10, 2025 |
| Statement of Issues to be Raised | March 10, 2025 |
| Underlying Decision from Which Appeal or Petition Arises | March 10, 2025 |
| Dispositive Motions, if any | March 24, 2025 |

It is

**FURTHER ORDERED** that respondents submit the documents listed below by the dates indicated.

# United States Court of Appeals
#### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-1051**                                              September Term, 2024

| | |
|---|---|
| Entry of Appearance Form (Attorneys Only) | March 10, 2025 |
| Procedural Motions, if any | March 10, 2025 |
| Certified Index to the Record | March 24, 2025 |
| Dispositive Motions, if any | March 24, 2025 |

It is

**FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

The Clerk is directed to transmit to respondents a copy of this order and a copy of the petition for review.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:   /s/
Laura M. Morgan
Deputy Clerk

The following forms and notices are available on the Court's website:

Agency Docketing Statement Form
Entry of Appearance Form
Request to Enter Appellate Mediation Program (Optional)
Notice Concerning Expedition of Appeals and Petitions for Review
Stipulation to be Placed in Stand-By Pool of Cases (Optional)