ORAL ARGUMENT NOT YET SCHEDULED

No. 25-1051

# IN THE UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT

COMPETITIVE CARRIERS ASSOCIATION,

*Petitioner*,

v.

FEDERAL COMMUNICATIONS COMMISSION and UNITED STATES OF AMERICA,

*Respondents.*

On Petition for Review of an Order of the Federal Communications Commission

## JOINT STATUS REPORT

The parties submit this joint status report pursuant to the Court's order of March 19, 2025, holding this case in abeyance pending resolution of petitions for agency reconsideration of the order under review. The petitions for reconsideration, which raise overlapping issues with the petition for review in this case, remain under consideration before the agency. Accordingly, for the reasons stated in the FCC's initial abeyance motion (Doc. #2104786), it remains appropriate to continue holding this case in abeyance. As the Court has directed, the parties will continue to

file status reports at 90-day intervals and will file a motion to govern further proceedings in this case within 30 days of the completion of the agency proceedings.

| | |
|---|---|
| Dated:  September 15, 2025 | Respectfully submitted, |
| /s/  *Sean A. Lev*\* | /s/  *Scott M. Noveck* |
| Sean A. Lev<br>Jennifer Bagg<br>Jason Neal<br>Mohammed M. Ali<br>HWG LLP<br>1919 M St., N.W., 8th Floor<br>Washington, DC 20036<br>(202) 730-1300<br>slev@hwglaw.com | D. Adam Candeub<br>    *General Counsel*<br>Bradley Craigmyle<br>    *Deputy General Counsel*<br>Sarah E. Citrin<br>    *Deputy Associate General Counsel*<br>Scott M. Noveck<br>    *Counsel* |
| *Counsel for Petitioner<br>    Competitive Carriers<br>    Association* | FEDERAL COMMUNICATIONS<br>    COMMISSION<br>45 L Street NE<br>Washington, DC 20554<br>(202) 418-1740<br>fcclitigation@fcc.gov |
| /s/  *Robert J. Wiggers*\* | *Counsel for Respondent Federal<br>    Communications Commission* |
| Robert B. Nicholson<br>Robert J. Wiggers<br>    *Attorneys* | |
| U.S. DEPARTMENT OF JUSTICE<br>950 Pennsylvania Ave. NW<br>Washington, DC 20530 | |
| *Counsel for Respondent<br>    United States of America* | |

---

\*   Filed with consent pursuant to D.C. Circuit Rule 32(a)(2).